_Randal S. Mashburn_
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 7/13/2018



# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 Proceeding |
| JOSHUA ALLEN BELL, ) | Case No. 317-06121 |
| ) | Randal S. Mashburn, Judge |
| Debtor. ) | |

## ORDER GRANTING DEBTOR'S MOTION TO CONVERT CHAPTER 11 PROCEEDING TO CHAPTER 7

Upon the Debtor's Motion to Convert Chapter 11 Proceeding to Chapter 7 and Notice Thereon having been filed with this Court and copies of same having been served upon all creditors and parties-in-interest on June 19, 2018; there having been no written objections filed with the Clerk of Court within twenty-one (21) days of Notice, pursuant to LBR 9013-1; and, upon the entire record herein, the Court finds that said Motion is well taken, and accordingly,

It is hereby **ORDERED** that the above-referenced Chapter 11 proceeding is hereby converted to one under Chapter 7 of the Bankruptcy Code.

### THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have sent a true and exact copy of the foregoing to the United States Trustee, and all other parties of record to receive notice electronically via the U.S. Bankruptcy Court's CM/ECF filing system, this 12th day of July, 2018.

                                    **/S/ STEVEN L. LEFKOVITZ**
                                    Steven L. Lefkovitz

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.